**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| Chemoil Middle East DMCC, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION  3:14-cv-02300-N |
| | § | In Admiralty, Rule 9 (h) |
| VS. | § | |
| | § | |
| Gulf Marine Management S.A., *et al.*, | § | |
| | § | |
| Defendant and Garnishees. | § | |

**MOTION FOR ORDER FOR ISSUANCE OF
PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

Plaintiff hereby moves, pursuant to Supplemental Rule B of the Federal Rules of Civil

Procedure, for the issue of writs of maritime garnishment for property of Defendant Gulf Marine

Management S.A., held or controlled by garnishees or their agents located in this District.  In

further support of this motion, Plaintiff submits the accompanying memorandum, draft order,

and draft writs.

Dated: June 25, 2014.

Respectfully Submitted,

KELLY HART & HALLMAN LLP             */s/ J. Stephen Simms*
201 Main Street, Suite 2500                    J. Stephen Simms
Fort Worth, Texas 76102                          John T. Ward
Telephone: (817) 332-2500                     (pro hac motions to be filed)
Telecopier: (817) 878-9280                     Simms Showers LLP
                                                             201 International Circle, Suite 250
SCOTT R. WIEHLE                              Hunt Valley, Maryland 21030
State Bar No. 24043991                          Telephone: (410) 783-5795
                                                             Facsimile: (410) 510-1789
MALLORY A. BEAGLES                      jssimms@simmsshowers.com
State Bar No. 24078212                          jtward@simmsshowers.com

Attorneys for Chemoil Middle East DMCC